FILED: October 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4934
(5:13-cr-00329-FL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN KEITH BERRY

      Defendant - Appellant

-------------------------------

FEDERAL PUBLIC DEFENDER OFFICE

      Amicus Supporting Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the Supplemental Reply Brief to 10/23/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk